ACCEPTED
12-15-00166-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/9/2015 10:51:48 AM
Pam Estes
CLERK

# JOHN D. REEVES
## ATTORNEY AT LAW

1007 Grant Ave. •Lufkin, Texas 75901-0119

(936) 632-1609 telephone • (936) 632-1640 facsimile

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/9/2015 10:51:48 AM

PAM ESTES
Clerk

**November 3, 2015**

**Certified Mail**
**7014 0150 0001 1143 6534**

**Attn:** Samuel Lancaster, TDCJ#2004508
Lyncher Unit
2350 Atascocita Road
Humble, Texas 77396

**ATTORNEY CLIENT COMMUNICATION PRIVILEGED**

Re:   Appeal Court Cause No. 12-15-00166-CR; Samuel Lancaster IV v. State of Texas
Trial Court Cause No. 2014-0496; State of Texas v. Samuel Lancaster IV

Dear Mr. Lancaster

Enclosed you will find a copy of the brief I filed with the Twelfth Court of Appeals on your behalf  along with the court's records. I have carefully and diligently studied the entire record in your case and have formed a good faith opinion that there are no issues available to support an appeal but you have the right to make your own arguments to the court.

As you are aware, I was appointed by the court to represent you on appeal. An appeal is based solely on the transcript and exhibits entered into evidence during your trial.

**I am sending this letter to you by certified mail so that you can become aware of your appellate rights and your right to file a pro se brief.** The Court of Appeals wants to be sure you have a copy of this letter so that if you want to file a pro se brief if that is your desire.

You have the right to file a pro se brief using the issues in the brief I filed or any other issues you desire to file by filing a pro se brief within thirty days, and you also have the right to file a petition for discretionary review. I will further explain these two rights.

A brief to the appellate court is to address those areas which the appellate court might correct upon their review of the record, which again means the entire transcript of the entire plea or sentencing hearing proceeding which occurred in your case. Again, I have carefully and diligently studied the entire record in your case and have formed a good faith opinion that there are no issues available to support an appeal but you have the right to make your own arguments to the court.

You may still make an argument that the trial court was in error or that your previous attorney did not help in your case. However, you have to support your argument based on the record I have provided you.

Since you were sentenced within the parameters set forth by the Texas Legislature, I found no error contained in the record for which I believe I can appeal your sentence.

I do not find in my opinion that an error occurred which would support a good faith appeal. However, as your attorney, I am required to so inform you of that because my legal obligation is to the court to make only arguments and present only issues which in good faith have some merit, or stated another way, have some chance to gain you a favorable ruling.

In circumstances such as yours, where an attorney in good faith can find no meritorious argument for appeal, the attorney's duty is to present that finding to the Court of Appeals. That duty is satisfied by filing what is known as an "Anders" brief. In short, an Anders brief informs the court that appellate counsel has studied the record and believes in good faith that no issues arose out of the trial upon which to base an appeal.

Additionally, I am obligated to inform you of your pro se rights under the law when the necessity for an Anders brief is encountered. You have the following pro se rights under the law:

1. **You have the right to review the record and trial transcript already provided you of your case which I sent to you previously.**

2. **You have the right to file a brief on your own behalf to point out errors you feel are worthy of review by the Court of Appeals**
3. **You have ( 30) thirty days from the date the Court of Appeals files the brief (generally 30 days from the date of this letter, in which to submit your own brief, or to request additional time through a Motion to Extend Time filed with the Court of Appeals, in which**
4. **However, if you choose to file your own brief, you must identify the issues and errors that you believe the Court of Appeals should consider.**

As explained above, the Anders brief gives you the right to present issues and write your own brief, however you must also follow procedures and timeliness guidelines.

Additionally, you should immediately notify the Twelfth Court of Appeals, in Tyler, Texas that you have received my letter informing you that I am filing an Anders brief. If you intend to write your own brief, you must inform them of your intent in writing and request an extension of time so that you may have further time to review the record and prepare a brief. The address is:

Ms. Cathy S. Lusk, Clerk
1517 West Front Street Suite 354
Tyler, Texas 75702

RE: Appeal Court Cause No. 12-15-00166-CR; Samuel Lancaster IV v.
State of Texas
Trial Court Cause No. 2014-0496; State of Texas v. Samuel Lancaster IV

If you use the format for my "Anders" brief as your guide that should be a satisfactory format for your brief if you so decide to proceed on your own. You must specifically point out to the court whatever issues or problems you are asking the court to consider.

**If you do not choose to file a Pro se Brief then_and only after the Court issues an Opinion, if you disagree, then consider filing a Pro Se Petition for Review. However, your first decision is if you want to file a Pro Se Brief since I cannot find error in your hearing. The Court will give you notice of when your thirty days begin to prepare a Pro Se Brief. You may ask for a Motion to Extend, giving you more time if needed.**

I regret that I could not be of more service to you and the delay in conducting a thorough review of your case, however, I assure you that in reviewing this record I have attempted to again provide you with all the constitutional protections afforded you. I wish you the best now and in the future. If you need to ask any questions please write me.


Sincerely,

John D. Reeves
Attorney at Law

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( *Printed Name*) | C. Date of Delivery

1. Article Addressed to:

Samuel Lancaster, TDCJ#2004508
Lyncher Unit
2350 Atascocita Road
Humble, Texas 77396

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(Transfer from servic

7014 0150 0001 1143 6534

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

HUMBLE, TX 77396  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $3.45 | 0906 09 |
| Certified Fee | $2.80 | |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| | $6.70 | |
| Total Postage & Fees | $12.95 | |

Postmark: NOV 4 11/04/2015 USPS LUFKIN TX

Sent To  Samuel Lancaster TDCJ#2004508
Street, Apt. No.; or PO Box No.  Lyncher Unit, 2350 Atascocita Rd.
City, State, ZIP+4  Humble, TX 77396

PS Form 3800, August 2006  See Reverse for Instructions

Article Number: 7014 0150 0001 1143 6534